1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12
13
14
15
16

| | |
|---|---|
| DONALD RAY ELLIS,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF PITTSBURG, OFFICER THOMAS, and DOES 1-20,<br><br>             Defendants. | Case No. 14-cv-00199 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

17
18
19
20
21

     In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Joseph C. Spero to determine whether it is related to *Donald Ray Ellis v. City of Pittsburg*, No. 14-cv-00193 JCS.

     IT IS SO ORDERED.

22

     Date: January 16, 2014

23

_____
Nathanael M. Cousins
United States Magistrate Judge

24
25
26
27
28

Case No. 14-cv-00199 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES