# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RAY ELLIS,<br><br>               Plaintiff,<br><br>      v.<br><br>CITY OF PITTSBURG; PETE LONGMIRE; and DOES 1-20,<br><br>               Defendants. | Case No. 14-cv-00198 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Joseph Spero to determine whether it is related to *Donald Ray Ellis v. City of Pittsburg*, No. 14-cv-00193 JCS.

IT IS SO ORDERED.

Date: January 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge