United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG ET AL,<br><br>    Defendant(s). | No. C-14-00195 DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 13, 2014, Plaintiff filed this *pro se* action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Spero to determine whether it is related to *Donald Ray Ellis v. City of Pittsburg*, Case No. 14-cv-193-JCS.

IT IS SO ORDERED.

Dated: January 22, 2014

                                                    DONNA M. RYU
                                                  United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Donna M. Ryu)*