United States District Court
Northern District of California

DONALD RAY ELLIS,

        Plaintiff,

  v.

CITY OF PITTSBURG, et al.,

        Defendants.

Case No.: C 14-0196-KAW

SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Magistrate Judge Joseph C. Spero to consider whether it is related to *Ellis v. City of Pittsburg*, C-14-193-JCS. In both cases, Plaintiff has alleged that his civil rights were violated on April 4, 2013 by the City of Pittsburg and other defendants. Plaintiff shall file any response, whether in opposition to, or in support of, relating the cases within seven days of this order.

IT IS SO ORDERED.

Dated: January 22, 2014

KANDIS A. WESTMORE
United States Magistrate Judge